FILED: April 7, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1004
(1:22-cv-00129-JKB)

_____

LATASHA ROUSE; EXABIA ROUSE; DANIEL RILEY; JESSICA RILEY;
OSCAR DAVINES; SHERRYL DAVINES

　　　　Plaintiffs - Appellants

v.

MATTHEW FADER; STEVEN GOULD; BRYNJA BOOTH; SHIRLEY
WATTS; PETER K. KILLOUGH; JONATHAN BIRAN; ANGELA M. EAVES;
WES MOORE, in his official capacity of Governor of the State of Maryland

　　　　Defendants - Appellees

_____

TEMPORARY STAY OF MANDATE
_____

Under Fed. R. App. P. 41(b), the filing of a timely petition for rehearing or

rehearing en banc stays the mandate until the court has ruled on the petition. In

accordance with Rule 41(b), the mandate is stayed pending further order of this

court.

*/s/Nwamaka Anowi, Clerk*